IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-261-FL

| | | |
|---|---|---|
| CHRISTOPHER B. HARSHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding plaintiff's motion for judgment on the pleadings (DE 19) and defendant's motion to remand (DE 22). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is GRANTED, defendant's motion is DENIED, and the final decision of the Commissioner is REVERSED and the case REMANDED for an award of benefits, pursuant to sentence four of 42 U.S.C. § 405(g). The clerk of court is directed to close the case.

SO ORDERED this the 24th day of August, 2017.

LOUISE W. FLANAGAN
United States District Judge