UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTER DIVISION

CHRISTOPHER B. HARSHMAN,

    Plaintiff,

v.

**JUDGMENT**

No. 5:16-CV-261-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for judgment on the pleadings, defendant's motion to remand, and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 24, 2017, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion to remand is denied. The final decision of the Commissioner is reversed and the case is remanded for an award of benefits, pursuant to sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 24, 2017, and Copies To:**

Stephen F. Dmetruk, Jr. (via CM/ECF Notice of Electronic Filing)
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)


August 24, 2017                        PETER A. MOORE, JR. CLERK
                                                /s/ Susan W. Tripp
                                                (By) Susan W. Tripp, Deputy Clerk